## No. 7426.

### THE STATE vs. THOMAS FINNERTY.

It is not the duty of the judge to supply objections to questions addressed to jurors, and therefore when on a *voir dire* the State's attorney asked a juror if he would convict where the evidence was wholly circumstantial, and the juror answered without objection, it is too late for the prisoner's counsel to object.

*Quære:* was not the question proper, and would an objection to it have been sustained?

APPEAL from the Superior Criminal Court of New Orleans. WHITAKER, J.

The Attorney-General for the State. *Dalton* and *Peyroux* for Defendant.

SPENCER, J., delivered the opinion affirming the judgment.